UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY BRIEGER, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>      -against-<br><br>NATIONWIDE CREDIT, INC.,<br><br>      Defendant. | Civil Action Number:<br>**1:17-cv-5199** |

**NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to FRCP 41(a)(1)(A)(ii), undersigned counsel on behalf of Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members, if any.

Dated: December 8, 2017

                                                          Respectfully submitted,

                                                          By:__/s/ Salim Katach_____
                                                             Salim Katach, Esq. (SK0924)
                                                              Varacalli & Hamra, LLP
                                                              *Attorneys for Plaintiff*